In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-299 CV


____________________



JONATHAN HURST, Appellant



V.



JAMES HURST, Appellee






On Appeal from the County Court 


Newton County, Texas


Trial Cause No. CV-06-1843






 MEMORANDUM OPINION 


 On August 3, 2006, we notified the parties that the notice of appeal did not identify
a judgment or other appealable order, and that it appeared no judgment or appealable order
has been signed in the case. No response has been filed.

 The notice of appeal seeks to appeal an order continuing the case. The trial court has
not signed its final judgment on the case. No appealable order has been signed by the trial
court. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001). The appeal is
dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 14, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.